UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

HATTIE BRICE,

    Plaintiff,

-vs-                              CASE NO.: 1:17-CV-04000-LMM

CAPITAL ONE BANK (USA), N.A.

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, Hattie Brice, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished this 15th day of February, 2018, via electronic mail to Joshua H. Threadcraft, Esquire, 420 North 20th Street, Suite 3400, Birmingham Alabama 35203, at joshua.threadcraft@burr.com

    */s/Octavio "Tav" Gomez, Esquire*
    Octavio "Tav" Gomez, Esquire
    Georgia Bar No.: 617963
    Morgan & Morgan, Tampa, P.A.

201 North Franklin Street, 7th Floor
Tampa, Florida 33602
Tel.: (813) 223-5505
Fax: (813) 223-5402
tgomez@forthepeople.com
fkerney@forthepeople.com
jkneeland@forthepeople.com
snazario@forthepeople.com
*Counsel for Plaintiff*
